PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Michaelpaul Farrell                                                       Cr.: 07-488-01

Name of Sentencing Judicial Officer: Honorable Marvin Katz, Sr. U.S.D.J.

Date of Original Sentence: 1/19/06

Date of Transfer of Jurisdiction: 6/5/07

Name of Assigned Judicial Officer: Honorable Susan D. Wigenton, U.S.D.J.

Original Offense: Exchanging Stolen U.S. Savings Bonds 18 U.S.C. § 510(b) and False Statement to a Government Agency 18 U.S.C. § 1001

Original Sentence: 15 months imprisonment, three years supervised release, $400 assessment, $86,140 restitution

Type of Supervision: Supervised release                          Date Supervision Commenced: 3/2/07

### PETITIONING THE COURT

[ ]   To extend the term of supervision for         Years, for a total term of         Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall participate in a mental health program for evaluation and/or treatment as directed by the U.S. Probation Office. The defendant shall remain in treatment until satisfactorily discharged and with the approval of the U.S. Probation Office.

The defendant shall provide the U.S. Probation Office with full disclosure of his financial records to include yearly income tax returns upon the request of the U.S. Probation Office. The defendant shall cooperate with the probation officer in the investigation of his financial dealings and shall provide truthful monthly statements of his income.

### CAUSE

The offender suffers from a mental health condition and was recently hospitalized on an inpatient basis. Mr. Farrell requires additional treatment which will be closely monitored by Probation. The offender also has a large restitution payment, which has fallen in arrears.

Respectfully submitted,

By: Dana Hafner
U.S. Probation Officer
Date: 1/10/08

PROB 12B - Page 2
Michaelpaul Farrell

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

January 14, 2008
Date