PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Michaelpaul J Farrell        **Docket Number:** 07-00488-001
                                                                                                       **PACTS Number:** 44222

**Name of Sentencing Judicial Officer:** Honorable Marvin Katz, Sr. United States District Judge (ED/PA)

**Date of Original Sentence:** 01/19/06

**Date of Transfer of Jurisdiction:** 6/5/07

**Name of Assigned Judicial Officer:** Honorable Susan D. Wigenton, United Stated District Judge (D/NJ)

**Original Offense:** Counts 1&2- Exchanging stolen U.S. savings bonds, 18 U.S.C. § 510(b)
                        Counts 3&4- False statement to a government agency, 18 U.S.C. § 1001

**Original Sentence:** 15 months imprisonment; 3 years supervised release; $400 special assessment;
                       $86,140 restitution

**Date of Revocation of Supervised Release:** 1/27/09

**Sentence upon Revocation:** 6 months imprisonment at a community corrections center; 30 months supervised release; financial disclosure; mental health treatment; no new credit; $86,140 restitution

**Type of Supervision:** Supervised Release            **Date Supervision Commenced:** 9/11/09

**Assistant U.S. Attorney:** Charlton Rugg, 970 Broad Street, Room 502 Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** David Holman, 1002 Broad Street, Newark, New Jersey 07102, (973) 645-6347

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

<u>Violation Number</u>    <u>Nature of Noncompliance</u>

1                     The offender has violated the special supervision condition which states **'You shall undergo treatment in a mental health program approved by the United States Probation Office until discharged by the Court. As necessary, said treatment may also encompass treatment for gambling, domestic violence and/or anger management, as approved by the United States Probation Office, until discharged by the Court. The Probation Officer shall supervise**

PROB 12C - Page 2
Michaelpaul J Farrell

your compliance with this condition.'

Mr. Farrell has failed to attend mental health treatment at the John F. Kennedy Mental Health Center. He missed appointments on the following dates: November 20, 2009; February 3, 2010; February 19, 2010; February 25, 2010; May 13, 2010; and May 20, 2010. He has not participated in treatment since April 15, 2010.

2  The offender has violated the special supervision condition which states ' **The defendant shall pay restitution in the amount of $86, 140.00 in such terms as the U.S. Probation Office recommends from time to time, subject to the approval of the Court. The Court reserves jurisdiction to fix the schedule of restitution.**'

Mr. Farrell has submitted one payment of $25.00 since the commencement of supervision. The balance of restitution is $86,115.00.

3  The offender has violated the standard supervision condition which states '**You shall not leave the judicial district without the permission of the Court or Probation Officer.**'

On June 5, 2010, information was received by Mr. Farrell's mother that he was at her home in Madison, New Jersey. Specifically, Ms. Bernadette Farrell advised U.S. Probation that her son was outside her door trying to convince her to let him reside with her. She refused to allow her son into the residence. Mr. Farrell was not given permission to travel to the District of New Jersey, as he is supervised in the Eastern District of Pennsylvania.

4  The offender has violated the standard supervision condition which states '**You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.**'

On December 17, 2009, Mr. Farrell was terminated from his employment at Kmart after accusations that he stole merchandise. Mr. Farrell was not criminally charged for this alleged theft. He failed to obtain another employment position.

5  The offender has violated the standard supervision condition which states '**You shall notify the probation officer within 72 hours of any change of residence or employment.**'

The last known address for Mr. Farrell was in April 2010, at a hotel located at 7600 Roosevelt Boulevard, Philadelphia, PA, which was funded by Mr. Farrell's uncle. He is no longer residing at this location and his whereabouts are unknown.

In addition, Mr. Farrel had previously informed U.S. Probation that he went to the Ridge Avenue Shelter located in Philadelphia, PA. Records of the Office of Emergency Social Service of Philadelphia show that Michaelpaul Farrell never registered for placement in the city's shelter system.

PROB 12C - Page 3
Michaelpaul J Farrell

I declare under penalty of perjury that the foregoing is true and correct.

By: *Dana Hafner*
U.S. Probation Officer
Date: 6/17/10

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

June 22, 2010
_____
Date