UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 10-4535
_____

UNITED STATES OF AMERICA,

v.

MICHAELPAUL J. FARRELL,
                 Appellant

_____

Appeal from United States District Court
for the District of New Jersey
(Cr. No. 2-07-00488-001)
District Court Judge: Honorable Susan D. Wigenton

_____

Submitted Under Third Circuit L.A.R. 34.1(a)
September 22, 2011
_____

Before: AMBRO, CHAGARES, and GARTH, Circuit Judges.

_____

JUDGMENT
_____

    This cause came to be heard on the record from the United States District Court for the District of New Jersey. On consideration whereof, it is now hereby

    ORDERED and ADJUDGED by this Court that the judgment entered by the District Court on November 19, 2010, be and the same is hereby AFFIRMED. All of the above in accordance with the opinion of this Court.

1

            ATTEST:

            /s/Marcia M. Waldron
            Clerk

Date: September 27, 2011